*11*

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Sha'Teina Anahita Lin Grady El

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Cpl. Ricky Barnosky
Cpl. Michael Pranger
Taylor Police et alia

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case:2:19-cv-13756
Judge: Drain, Gershwin A.
MJ: Stafford, Elizabeth A.
Filed: 12-23-2019 At 10:40 AM
CMP GRADY EL V. BARNOSKY ET AL (DA)

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

*CLAIM* **for a Civil Case**

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Sha'Teina Anahita Lin Grady El |
| Street Address | c/o 2080 Whittaker Road #127 |
| City and County | Ypsilanti, Washtenaw County |
| State and Zip Code | Michigan Republic [48197] |
| Telephone Number | 734-262-4133 |
| E-mail Address | shateinael@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation.
For an individual defendant, include the person's job or title (if known).  Attach
additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Cpl. Ricky Barnosky Badge # 235 |
| Job or Title (if known) | Corporal Badge # 235 |
| Street Address | 23515 Goddard Road |
| City and County | Taylor, Wayne County |
| State and Zip Code | Michigan,  48180 |
| Telephone Number | 734-374-1420 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Ofc. Michael Pranger |
| Job or Title (if known) | Officer |
| Street Address | 23515 Goddard Road |
| City and County | Taylor, Wayne County |
| State and Zip Code | Michigan,  48180 |
| Telephone Number | 734-374-1420 |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

    Name                               _____

    Job or Title
    (if known)                       _____

    Street Address                _____

    City and County              _____

    State and Zip Code          _____

    Telephone Number          _____

    E-mail Address
    (if known)                       _____

Defendant No. 4

    Name                                 _____

    Job or Title
    (if known)                       _____

    Street Address                 _____

    City and County               _____

    State and Zip Code          _____

    Telephone Number          _____

    E-mail Address
    (if known)                       _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                 ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
→ Title 10 U.S.C. 241, Title 18 U.S.C. 242, Article 20 21 of Treaty of Peace and Friendship (Treaty of Amity and Commerce) of 1787 between Morocco and the united states of America, First (1st) and Fourth (4th) Amendment of the Constitution

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _____,
is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

     3.     The Amount in Controversy

          The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

SEE ATTACHED AFFIDAVIT

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do
not make legal arguments. Include any basis for claiming that the wrongs alleged are
continuing at the present time. Include the amounts of any actual damages claimed for the acts
alleged and the basis for these amounts. Include any punitive or exemplary damages claimed,
the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ATTACHED AFFIDAVIT

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this *claim*: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of
litigation; (2) is supported by existing law or by a nonfrivolous argument for extending,
modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if
specifically so identified, will likely have evidentiary support after a reasonable opportunity for
further investigation or discovery; and (4) the complaint otherwise complies with the
requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served. I understand that my failure to keep a current address on
file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 20 December, 20 19.

Signature of Plaintiff _Sha'Teina Anahita Lin Grady El_

Printed Name of Plaintiff _Sha'Teina Anahita Lin Grady El_

6

**Plaintiff**

Sha'Teina Anahita Lin Grady El
c/o 2080 Whittaker Road #127
Washtenaw Territory, Michigan
Republic, [zip exempt] Non Domestic

20 December 2019
Certified Contract No. ACR20122019

**V**

**DEFENDANTS**
Cpl. Ricky Barnosky
Cpl. Michael Pranger
Taylor Police et alia

# AFFIDAVIT of CLAIM for RELIEF

I am, *Sha'Teina Anahita Lin Grady El* a Moorish American woman in Proprio Persona, Sui Juris. I am not a United States citizen nor a citizen of Michigan. I am filing a Claim upon which Relief can be granted against US citizens Ricky Barnosky, Michael Pranger and Taylor Police et alia. The primal basis for the claim is Federal Question Jurisdiction. The defendants have been negligent in their failure to act, in their legal and moral obligations to the Constitution for the united States and the organic Constitution of Michigan 1835, causing several personal injuries to me the living breathing in full life natural woman. 18 U.S.C 241 Conspiracy Against Rights, 18 U.S.C 242 Deprivation of Rights.

## Claim

Ricky Barnosky, Michael Pranger and others breached their contracts of their sworn or affirmed Oaths to uphold the Constitution for the united States of America 1791, Constitution of Michigan 1835 and violated the Treaty of Peace and Friendship (Treaty of Amity and Commerce) 1787, 1836 between Morocco and the dejure united States of America. The Defendants are being charged with the following offenses:

**Five (5) Counts of:** Conspiracy Against Rights – Ricky Barnosky
**One (1) Counts of:** Conspiracy Against Rights with kidnap – Ricky Barnosky
**Five (5) Counts of:** Deprivation of Rights – Ricky Barnosky
**One (1)Count of:** Deprivation of Rights resulting in kidnap– Ricky Barnosky

**Three (3) Counts of:** Conspiracy Against Rights – Michael Pranger
**One (1) Counts of:** Conspiracy Against Rights with kidnap – Michael Pranger
**Three (3) Counts of:** Deprivation of Rights– Michael Pranger
**One (1) Count of:** Deprivation of Rights resulting in kidnap– Michael Pranger

## Relief

**Count 1:** On 9 December 2019 at approx. 5:30 a.m.  Ricky Barnosky conspired against rights that are secured to me by the 5th Amendment when he unlawfully stopped me in my personal automobile during my travels upon the highways near [Taylor, Michigan] without an articulable suspicion of a crime, thus he should be fined $25,000 and /or sentenced not more than 10 year under Title 18 U.S.C 241.
**Count 2:** On 9 December 2019  at approx. 5:30 a.m. Ricky Barnosky pulled me by force against my will from my personal automobile after I provided him with my national Moorish identification card and

requested his supervisor of which he ignored, thus he should be fined $25,000 and / or sentenced not more than 1 year under Title 18 U.S.C 242.

**Count 3:** On 9 December 2019 at approx. 5:30 a.m. Ricky Barnosky conspired against rights that are secured to me by the 4th Amendment, thus he should be fined $25,000 and sentenced not more than 10 years under Title 18 U.S.C 241.

**Count 4:** On 9 December 2019 at approx. 5:30 Ricky Barnosky unlawfully searched my pockets, thus he should be fined $25,000 and / or sentenced not more than 1 year under Title 18 U.S.C 242

**Count 5:** On 9 December 2019 at approx. 5:30 Ricky Barnosky conspired against rights that are secured to me by the 4th Amendment, thus he should be fined $25,000 and sentenced not more than 10 years under Title 18 U.S.C 241.

**Count 6:** On 9 December 2019 Ricky Barnosky unlawfully searched my automobile without probable cause or my consent, thus he should be fined $25,000 and / or sentenced to not more than 1 year under Title 18 U.S.C 242.

**Count 7:** On 9 December 2019 Ricky Barnosky conspired against rights that are secured to me by the 4th Amendment, thus he should be fined $25,000 under Title 18 U.S.C 241.

**Count 8:** On 9 December 2019 Ricky Barnosky unlawfully seized my personal automobile from Champions Sports bar on Sibley Rd, Brownstown by way of third, party tow company, thus he should be fined $25,000 and/ or sentenced not more than 1 year under Title 18 U.S.C 242.

**Count 9:** On 9 December 2019 Ricky Barnosky conspired against rights that are secured to me by the 4th Amendment with intention to kidnap, thus he should be fined $50,000 and / or sentenced not more than Life under Title 18 U.S.C 241.

**Count 10:** On 9 December 2019 Ricky Barnosky unlawfully and against my will kidnapped me from Champions Sports Bar and transported me to Taylor Police station where I was held for ransom for three (3) days, thus he should be fined $150,000 and/ or sentenced not more than Life under Title 18 U.S.C 242.

**Count 11:** On 9 December 2019 Ricky Barnosky conspired against rights that are secured to me by the 4th Amendment, thus he should be fined $25,000 and sentenced not more than 10 years under Title 18 U.S.C 241.

**Count 12:** On 9 December 2019 Ricky Barnosky unlawfully confiscated mine and my Heir's national Moorish identification cards and personal Moorish plates from my automobile and refused to return them to me, thus he should be fined $25,000 and / or sentenced to not more than 1 year under Title 18 U.S.C 242.

**Count 13:** On 9 December 2019 at approx. 5:30 Michael Pranger conspired against rights that are secured to me by the 4th Amendment, thus he should be fined $25,000 and sentenced not more than 10 years under Title 18 U.S.C 241.

**Count 14:** On 9 December 2019 Michael Pranger unlawfully searched my automobile without probable cause or my consent, thus he should be fined $25,000 and / or sentenced to not more than 1 year under Title 18 U.S.C 242.

**Count 15:** On 9 December 2019 Michael Pranger conspired against rights that are secured to me by the 4th Amendment, thus he should be fined $25,000 and sentenced not more than 10 years under Title 18 U.S.C 241.

**Count 16:** On 9 December 2019 Michael Pranger unlawfully seized my personal automobile from Champions Sports bar on Sibley Rd, Brownstown by way of third, party tow company, thus he should be fined $25,000 and/ or sentenced not more than 1 year under Title 18 U.S.C 242.

**Count 17:** On 9 December 2019 Michael Pranger conspired against rights that are secured to me by the 4th Amendment with intention to kidnap, thus he should be fined $50,000 and sentenced not more than Life under Title 18 U.S.C 241.

2

**Count 18:** On 9 December 2019 Michael Pranger unlawfully and against my will kidnapped me from Champions Sports Bar and transported me to Taylor Police station where I was held for ransom for three (3) days, thus he should be fined $150,000 and/ or sentenced not more than Life under Title 18 U.S.C 242.

Based on the claim I, *Sha'Teina Anahita Lin Grady El.* deserve the relief requested due to the fact that Ricky Barnosky and Michael Pranger among others took an Oath to defend the Constitution and the rights of the people and therefore had a legal and a moral obligation to act in favor of rights that are secured to me by the Constitution. In the Taylor Law Enforcement Code of Ethic, they are to "Respect the Constitutional Rights of All, to Liberty, Equality and Justice" by which they have failed miserably at. This is not the first violation committed against me by Taylor Police, July 2018 more than Ten (10) [officers] Conspired against rights and Deprived me of Rights that are secured to me as well as assaulted me causing me bodily injury and damage to my property. These Rogue individuals have a propensity to violate the Constitutional rights of others with no remorse or recourse. I now suffer from PTSD and Anxiety as I fear for my life whenever I see them [officers] in my travels. Not knowing if my right to travel will be impeded again and if at that time their excessive force will result in severe injuries or the termination of my life. Pursuant to the unanimous declaration of independence, all men are born free and equal and have the right to life, liberty and the pursuit of happiness.

### Res Judicata
Right To Travel

The Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125**

Traffic infractions are not a crime. **People v. Battle, 50 Cal. App. 3, step 1, 123 Cal. Rptr. 636,639**

Speeding, driving without a license, wrong plates or no plates, no registration, no tags, etc.,
have been held to be "nonarrestable" offenses. **Cal. V. Farley, 98 Cal. Rep. 89., 20 CA 3d 1032**
The Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege which a city may prohibit or permit at will but a common right which he / she has under the right to life, liberty, and the pursuit of happiness. **Thompson v. Smith 154SE 579**

I Affirm under the Penalty of Perjury that all statements are True and Correct to the best of my knowledge.

_(signature)_                                      22 December 2019

In Proprio Persona, Moorish American Consul, UCC 1-308          Date

### Witnesses

_(signature)_                  22 December 2019
Moorish American Consul, All Rights Reserved          Date

_(signature)_                  22 December 2019
Moorish American National, All Rights Reserved          Date

ACR20122019

3

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Sha'Teina Anahita Lin Grady El

**(b)** County of Residence of First Listed Plaintiff  Mishigamaa ___ ___
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

Cpl. Ricky Barnosky, Cpl. Michael Pranger, Taylor Police et alia

County of Residence of First Listed Defendant  Wayne County ___
*(IN U.S. PLAINTIFF CASES ONLY)*

Case:2:19-cv-13756
Judge: Drain, Gershwin A.
MJ: Stafford, Elizabeth A.
Filed: 12-23-2019 At 10:40 AM
CMP GRADY EL V. BARNOSKY ET AL (DA)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ■ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ■ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ■ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | **PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding   ■ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C 241 Conspiracy Against Rights, 18 U.S.C 242 Deprivation of Rights

Brief description of cause:
Cpl. Barnosky and other Taylor police conspired and deprived me of my Right to travel and violated 4th amendment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ■ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE ___   DOCKET NUMBER ___

DATE  23 December 2019   SIGNATURE OF ATTORNEY OF RECORD  *Sha'Teina Anahita Lin Grady El*

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

## PURSUANT TO LOCAL RULE 83.11

1.       Is this a case that has been previously dismissed?          ☐ Yes
                                                                     ■ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____


2.       Other than stated above, are there any pending or previously
         discontinued or dismissed companion cases in this or any other     ☐ Yes
         court, including state court? (Companion cases are matters in which ■ No
         it appears substantially similar evidence will be offered or the same
         or related parties are present and the cases arise out of the same
         transaction or occurrence.)

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____


Notes : _____